JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN SOUZA, <br> Petitioner, <br> v. <br> UNITED STATES OF AMERICA, <br> Respondent. | Case No. CV 11-1574-ODW (SP) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: November 15, 2011

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE